UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case Number: |
| ) | 4:22cr167 |
| David Wayne Cleland, ) | |
| Defendant. ) | |

## ORDER ON DEFENSE COUNSEL'S MOTION FOR LEAVE

Based upon the motion of defense counsel, and for good cause shown therein, defense counsel's Motion for Leave of Absence is hereby GRANTED for the following dates:

a. December 18th, 2023, through December 22nd, 2023; and

b. December 26th, 2023, through December 29th, 2023.

So ORDERED this 9th day of November, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia